**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 14-2188**

HENCIL CANNON,

        Plaintiff - Appellant,

    v.

BURLINGTON COAT FACTORY OF NORTH CAROLINA, LLC,

        Defendant - Appellee.

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro. Joi Elizabeth Peake, Magistrate Judge. (1:12-cv-00430-JEP-JEP)

Submitted: June 24, 2015          Decided: July 2, 2015

Before NIEMEYER and AGEE, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Kirk J. Angel, ANGEL LAW FIRM, PLLC, Concord, North Carolina, for Appellant. Alice A. Kokodis, LOCKE LORD LLP, Boston, Massachusetts, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Hencil Cannon appeals the magistrate judge's order granting summary judgment to Burlington Coat Factory of North Carolina, LLC, on Cannon's age discrimination and retaliation claims.[*] We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the magistrate judge. Cannon v. Burlington Coat Factory of N.C., LLC, No. 1:12-cv-00430-JEP-JEP (M.D.N.C. Sept. 30, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

---

[*] Pursuant to 28 U.S.C. § 636(c) (2012), the parties consented to proceed before the magistrate judge.

2